JOHN D. TRAN, ESQ. (SBN: 259337)
JDT Law Office PC
3941 South Bristol Street, Suite D39
Santa Ana, California 92704
Telephone:   (714) 454-7468
Facsimile:   (714) 599-9879
Email:       john@jdtlawoffice.com

Attorney for Rosales Meat Distributors, Inc.

FILED
NOV 17 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**NEREO PEREZ MERCADO**<br><br>Debtor | Case No : 2:11-BK-45061-BR<br>Chapter 7<br><br>NOTICE OF ENTRY OF APPEARANCE, REQUEST FOR SERVICE/SPECIAL NOTICE, CORRECTION OF ADDRESS, AND RESERVATION OF RIGHTS |

TO THE DEBTOR, ITS COUNSEL, THE CLERK AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for ROSALES MEAT DISTRIBUTORS INC, a creditor and party in interest, and under *inter alia*, Bankruptcy Rules 2002, 9007, 9010 and section 1109(b) of the Bankruptcy Code [11 U.S.C. §1109(b)] requests that all notices or required to be given in this case, and all papers served or required to be served in this case be given to and served upon:

John Tran, Esq.
JDT LAW OFFICE PC
3941 South Bristol Street, Suite D39
Santa Ana, California 92704
Telephone:   (714) 454-7468
Facsimile:   (714) 599-9879
Email:       john@jdtlawoffice.com

[1]

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, compliant or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including ROSALES MEAT DISTRIBUTORS INC., with respect to (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires any act, delivery of any property, payment, or other conduct by ROSALES MEAT DISTRIBUTORS INC.

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor other writing or conduct, shall constitute a waiver of any of the following rights:

    a.    The right to have any and all final orders in any and all non-core matters entered only after <u>de novo</u> review by a United States District Court Judge;

    b.    The right to trial by jury in any proceeding as to any and all matters so triable, whether or not the same be designated legal or private rights, or whether presented in any related case, controversy or proceeding, notwithstanding the designation <u>velnon</u> of such matters as "core proceedings" pursuant to 28 U.S.C. Section 157 (b) (2) (H), and whether such jury trial right is pursuant to the statute or the United States Constitution;

    c.    The right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subjected to mandatory or discretionary withdrawal; and

    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which bank of Commerce is entitles under any agreements or at law or in equity or under the United States Constitution.

     All of the above rights are expressly reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED: 11-16-11

John D. Tran

Attorney for Rosales Meat Distributors, Inc.

[3]

DECLARATION OF SERVICE

I, **Marie Polichetti**, declare under penalty of perjury that the following facts are true and correct:

I am a citizen of the United States and over the age of 18 years and I am not a party to the within action. My business address is 1422 Edinger Avenue, Suite 230, Tustin, California 92780. I served in the following manner the attached document:

**NOTICE OF ENTRY OF APEARANCE, REQUEST FOR SERVICE/SPECIAL NOTICE, CORRECTION OF ADDRESS, AND RESERVATION OF RIGHTS**

[x]   **BY MAIL**: By placing a true copy thereof, enclosed in a sealed envelope with postage prepaid thereon in the United States mail at Tustin, California, addressed as follows:

| | |
|---|---|
| Debtor: | Nereo Perez Mercado<br>1053 S. Willow Ave<br>West Covina, CA 91790 |
| Debtor's Counsel: | Rosendo Gonzalez<br>Gonzalez & Associates APLC<br>530 So. Hewitt Street, Ste 148<br>Los Angeles, CA 90013 |
| Trustee: | Howard M. Ehrenberg<br>Sulmeyer Kupetz<br>333 S Hope Street, 35th Floor<br>Los Angeles, CA 90071 |

Executed  11-16-11 , at Tustin, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

*/s/ Marie Polichetti*

[4]